UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 2:22-cv-14150-DPG

ALEJANDRO JUAREZ,
*also known as*
**Alejandrino Juarez**,

        Plaintiff,

**v.**

**OKEECHOBEE COUNTY
SHERIFF'S OFFICE, and RAMIRO
DOVAL,** *Deputy #6698*,

        Defendants.
_____/

## ORDER

**THIS CAUSE** comes before the Court on Magistrate Judge Shaniek M. Maynard's Report and Recommendation (the "Report"). [ECF No. 19]. On August 26, 2022, the action was referred to Judge Maynard, pursuant to 28 U.S.C. § 636(b)(1)(B), for settlement. [ECF No. 14]. Upon *sua sponte* review of the record, Judge Maynard issued her report recommending that the instant case be dismissed without prejudice for failure to prosecute and comply with Court Orders. [ECF No. 19]. No objections were filed by either party. For the reasons that follow, the Court affirms and adopts the Report.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific

objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

Having reviewed the Report for clear error, the Court agrees with Judge Maynard's well-reasoned analysis and conclusion that the instant case be dismissed without prejudice.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

(1)  Magistrate Judge Maynard's Report and Recommendation, [ECF No. 19], is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference.

(2)  The instant case is **DISMISSED without prejudice** for failure to prosecute and comply with Court Orders.

(3)  This case is **CLOSED**. Any pending motions are denied as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 28th day of November, 2022.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE